

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Shamrock Foods Co., Appellant

No. 06-12-00081-CV          v.

Munn & Associates, Ltd., Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2012-282-B).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Munn & Associates, Ltd., pay all costs of this appeal.

RENDERED JANUARY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk